JENNER & BLOCK LLP
Amy M. Gallegos (SBN 211379)
AGallegos@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

JENNER & BLOCK LLP
Matthew S. Hellman (*pro hac vice*)
MHellman@jenner.com
1099 New York Avenue, N.W.
Washington, DC 20001
Telephone: +1 202 639 6000

Attorneys for Defendant CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERICA STEINBERG, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS INC, and DOES 1 through 25,<br><br>Defendants. | CASE NO. 2:23-cv-1821<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Honorable Sherilyn Peace Garnett |

NOTICE OF SETTLEMENT

On behalf of the parties, Defendant Charter Communications Inc. ("Charter"), hereby submits this Notice of Settlement to inform the Court that they have reached an agreement in principle to settle all claims in this action.

The parties are diligently working on the documentation required for the settlement and anticipate finalizing their settlement agreement and filing a Notice of Dismissal with the Court within 30 days.

Defendant is filing this motion with Plaintiff's consent and approval.

DATED: May 22, 2023                    JENNER & BLOCK LLP

By: _____
Amy M. Gallegos
Matthew S. Hellman

Attorneys for Defendant
Charter Communications, Inc.