SHALINI DOGRA, SBN 309024
*shalini@dogralawgroup.com*
DOGRA LAW GROUP PC
2219 Main Street, Unit 239
Santa Monica, CA 90405
Telephone: (747) 234-6673
Facsimile: (310) 868-0170
*Attorneys for Named Plaintiff and Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ERICA STEINBERG, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      vs.<br><br>CHARTER COMMUNICATIONS, INC., a Connecticut Corporation; and DOES 1 through 50, Inclusive,<br><br>      Defendants. | Case No: 2:23-CV-01821-SPG-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Erica Steinberg voluntarily dismisses with prejudice the above-entitled action against Defendant Charter Communication, Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated:      June 30, 2023          **DOGRA LAW GROUP PC**

By: _____
SHALINI DOGRA, ESQ.
Attorney for Plaintiff
ERICA STEINBERG